FILED
JAN - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| DOCKET NUMBER (Tran. Court) |
|---|
| 0971/3:01CR00498 EMC |
| DOCKET NUMBER (Rec. Court) |
| 2:06 - CR - 0498 EJG |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Juan Walker<br>587 Peytonia Court<br>Suisun City, CA 94585 | ND/CA | |
| | NAME OF SENTENCING JUDGE | |
| | Phyllis J. Hamilton | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>1/26/05 | TO<br>1/25/08 |

| OFFENSE |
|---|
| Felon in Possession of Firearm  18 USC 922(g)(1) |

**FILED**

JAN 1 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Eastern District of California _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_5/16/06_
Date

_____
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Eastern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

I hereby attest and certify this is a true and correct co of the original issued in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____
Date: 1/8/07
Deputy Clerk

_12/13/06_
Effective Date

_____
United States District Judge

6/78)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT
Case3:01-cr-00471-ATV Document16-2 Filed01/01/07 Page2 of 21

| | COMPLAINT | | INFORMATION | ☒ INDICTMENT | Name of District Court, and/or Judge/Magistrate Location |
|---|---|---|---|---|---|
| | | | | ☐ SUPERSEDING | NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**

18 U.S.C. Section 922(g)(1): Felon in Possession of Firearm

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

FILED
01 APR -9 PM 2: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

Juan Walker

DISTRICT COURT NUMBER

**CR · 01 - 0148 PJH**

**PENALTY:**

not more than 10 years imprisonment; a maximum $250,000 fine; 3 years supervised release; $100 special assessment

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Alcohol, Tobacco and Firearms (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on

☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

*I hereby certify that the annexed instrument is a true and correct copy of the original issued in my office.*
*ATTEST:*
*RICHARD W. WIEKING*
*Clerk, U.S. District Court*
*Northern District of California*
*By*
*Date*
*Deputy Clerk*

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM

ROBERT S. MUELLER, III

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Anne-Christine Massullo

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

**FILED**

PM 2: 33

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PJH**

**CR 0 1 0148**

UNITED STATES OF AMERICA,

## V.

JUAN WALKER

DEFENDANT.

---

# INDICTMENT

18 U.S.C. Section 922(g)(1); Felon in Possession of Firearm

---

A true bill.

_____
Foreman

Filed in open court this __12 FE__ day of
__APRIL    2001__.

_____
Clerk

NO BAIL ARREST WARRANT

Bail $ __NO__

1  ROBERT S. MUELLER, III (CSBN 59775)
   United States Attorney

2
   Attorney for Plaintiff

3

*FILED*

*01 APR 10 PM 2:33*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA          **PJH**

10                 SAN FRANCISCO DIVISION

11                        **CR·01-  0148**

   UNITED STATES OF AMERICA,          )   No.:

12                                    )
          Plaintiff,                  )   VIOLATION: 18 U.S.C. § 922(g)(1) –
13                                    )   Felon in Possession of Firearm
   v.                                 )
14                                    )
                                      )
15  JUAN WALKER,                      )
                                      )
16        Defendant.                  )
                                      )   SAN FRANCISCO VENUE
17  _____  )

18                      I N D I C T M E N T

19  The Grand Jury charges:

20  COUNT ONE:  (18 U.S.C. § 922(g)(1))

21       On or about February 25, 2001, in the Northern District of California, the

22  defendant

23                        JUAN WALKER,

24  having previously been convicted of a felony crime punishable by a term of imprisonment

25  exceeding one year, did knowingly possess a firearm, described as a Smith & Wesson

26  ///

27

28

    INDICTMENT

1

2 .38 caliber revolver, serial number BNP2861, in and affecting commerce, in violation of

3 Title 18, United States Code, Section 922(g)(1).

4

5 Dated:

6     4/10/01

A True Bill.

7                                 FOREPERSON

8

9

10 ROBERT S. MUELLER, III
United States Attorney

11

12

DAVID W. SHAPIRO (NYSB 205454)

13 Chief, Criminal Division

14

15 Approved as to Form:
           AUSA: MASSULLO

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                           2

# United States District Court
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>**JUAN WALKER** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number:    CR-01-0148 PJH<br><br>George Beckwith<br>Defendant's Attorney |

## THE DEFENDANT:

[x]   pleaded guilty to count(s): <u>one of the Indictment</u> .
[ ]   pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 922(g)(1) | Felon in Possession of Firearm | | One |

The defendant is sentenced as provided in pages 2 through _8_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) ___.

[ ]   Count(s) ___ (is)(are) dismissed on the motion of the United States.

*I hereby certify that the annexed instrument is a true and correct copy of the original issued from this office. ATTEST: RICHARD W. WIEKING, Clerk, U.S. District Court, Northern District of California. By _____ Deputy Clerk. Date _____*

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | | |
|---|---|---|
| Defendant's Soc. Sec. No.: | 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 | February 6, 2002<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: | 11/27/66 | |
| Defendant's USM No.:    96442-011 | | Signature of Judicial Officer |
| Defendant's Residence Address:<br>587 Peytonia Court<br>Suisun City, CA  94585 | | Honorable Phyllis J. Hamilton, U. S. District Judge<br>Name & Title of Judicial Officer |
| Defendant's Mailing Address:<br>587 Peytonia Court<br>Suisun City, CA  94585 | | FEB 7 – 2002<br>Date |

**ENTERED IN CRIMINAL DOCKET** February 11, 2002

AO 245B (Rev. 9/00) - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | JUAN WALKER | Judgment - Page 2 of 8 |
| CASE NUMBER: | CR-01-0148 PJH | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 51 months .

[x]  The Court makes the following recommendations to the Bureau of Prisons: defendant be placed at a facility having a drug treatment program, and located in northern California, so that defendant's family may visit him.

[x]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on_____  to  _____

at _____ , with a certified copy of this judgment.


_____

UNITED STATES MARSHAL


By  _____

Deputy U.S.  Marshal

DEFENDANT:      JUAN WALKER                          Judgment - Page 3 of 8
CASE NUMBER:    CR-01-0148 PJH

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years .

While on Supervised Release you shall not commit another federal, state or local crime and shall not illegally possess a controlled substance. Revocation of supervised release is mandatory for possession of a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

[ ]    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[ ]    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

Revocation of supervised release in mandatory for refusal to comply with drug testing imposed as a condition of supervision. 18 U.S.C. Sections 3565(b)(3) and 3583 (g)(3)

You shall pay the assessment imposed in accordance with 18 U.S.C. Section 3013, and shall immediately notify the probation officer of any change in your economic circumstances that might affect your ability to pay a special assessment, fine, restitution, or co-payments ordered by the Court.

If the judgment imposed a fine or a restitution obligation, it shall be a condition of supervision that you pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with any Schedule of Payments set forth in the Criminal Monetary Penalties sheet of the judgment. In any case, the defendant shall cooperate with the probation officer in meeting any financial obligations

DEFENDANT:      JUAN WALKER                                    Judgment - Page 4 of 8
CASE NUMBER:    CR-01-0148 PJH

# STANDARD CONDITIONS OF SUPERVISION

It is the order of the Court that the defendant shall comply with the following standard conditions:

1) The defendant shall not leave the judicial district or other specified geographical area without permission of the Court or the probation officer;

2) The defendant shall report to the probation officer as directed by the Court or the probation officer, and shall submit a truthful and complete written report within the first five days of each month;

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) The defendant shall support his or her dependants and meet other family responsibilities, including but not limited to, compliance with the terms of any court order or administrative process pursuant to the laws of a state, the District of Columbia, or any other possession or territory of the United States, requiring payments by the defendant for the support and maintenance of any child or of a child and the parent with whom the child is living;

5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) The defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment;

7) The defendant shall consume no alcohol if sentenced to the special condition that the defendant are to participate in a drug/alcohol program;

8) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician;

9) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

10) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11) The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;

12) The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;

13) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;

14) The defendant shall notify third parties of risks related to the defendant's criminal record, personal history, or characteristics, and shall permit the probation officer to make such notifications and/or confirm the defendant compliance with this notification requirement

| DEFENDANT: | JUAN WALKER | Judgment - Page 5 of 8 |
| CASE NUMBER: | CR-01-0148 PJH | |

## SPECIAL CONDITIONS OF SUPERVISION

1   The defendant shall participate in a drug/alcohol aftercare treatment program, which may include testing to determine whether s/he has reverted to the use of drugs or alcohol, as directed by the probation officer. The defendant is to pay part or all of the cost of this treatment, at an amount not to exceed sixty dollars ($60.00) per session, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.

2   The defendant shall submit his/her person, residence, office, vehicle, or any property under his/her control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation. The defendant shall warn any residents that the premises may be subject to searches.

DEFENDANT:     JUAN WALKER                                          Judgment - Page 6 of 8
CASE NUMBER:   CR-01-0148 PJH

3

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments directly following the Monetary Penalties section.

|          | Assessment | Fine | Restitution |
|----------|-----------|------|-------------|
| Totals:  | $ 100.00  | $    | $           |

[ ] The determination of restitution is deferred until __. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|----------------------|-------------------------------|-----------------------------------------|
| Totals:       | $ _                  | $_                            |                                         |

[ ] If applicable, restitution amount ordered pursuant to plea agreement $ _

[ ] The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    [ ] the interest requirement is waived for the    [ ] fine and/or    [ ] restitution.

    [ ] the interest requirement for the    [ ] fine and/or    [ ] restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: **JUAN WALKER**                                   Judgment - Page 7 of 8
CASE NUMBER: CR-01-0148 PJH

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  [ ]  Lump sum payment of $ due immediately, balance due

    [ ]   not later than _____, or

    [ ]  in accordance with ( ) C, ( ) D, or ( ) E below; or

B  [ ]  Payment to begin immediately (may be combined with ( ) C,  ( ) D, or ( ) E below); or

C  [ ]  Payment in _____ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of __ (e.g., months or year(s)), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ]  Payment in _____ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of __ (e.g., months or year(s)), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  [ ]  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

    [ ]  Joint and Several

| Case Number (including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

    [ ]  The defendant shall pay the cost of prosecution.

    [ ]  The defendant shall pay the following court cost(s):

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, (8) costs, including cost of prosecution and court costs.

AO 245B (Rev. 9/00) - Criminal Monetary Penalties

| | | |
|---|---|---|
| DEFENDANT: | JUAN WALKER | Judgment - Page 8 of 8 |
| CASE NUMBER: | CR-01-0148 PJH | |

[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, (8) costs, including cost of prosecution and court costs.

CLOSED, ICMS, RELATE

# U.S. District Court
## California Northern District (San Francisco)
## CRIMINAL DOCKET FOR CASE #: 3:01-cr-00148-PJH-ALL
## Internal Use Only

Case title: USA v. Walker                        Date Filed: 04/10/2001

Assigned to: Judge Phyllis J. Hamilton

### Defendant

**Juan Walker** (1)                  represented by **George C. Beckwith**
*TERMINATED: 02/06/2002*                         507 Polk St.
                                                 Ste. 240
                                                 San Francisco, CA 94102
                                                 415-928-3343
                                                 *TERMINATED: 02/06/2002*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: CJA Appointment*

                                                 **Rebecca Silbert**
                                                 Federal Public Defender's Office
                                                 450 Golden Gate Ave
                                                 19th Flr
                                                 San Francisco, CA 94102
                                                 (415) 436-7700
                                                 Email: Rebecca_Silbert@fd.org
                                                 *TERMINATED: 09/12/2001*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Public Defender or*
                                                 *Community Defender Appointment*

                                                 **Ronald C. Tyler**
                                                 Federal Public Defender's Office
                                                 450 Golden Gate Avenue
                                                 San Francisco, CA 94102
                                                 415-436-7700
                                                 Fax: 415-436-7706
                                                 Email: ronald_tyler@fd.org
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Public Defender or*
                                                 *Community Defender Appointment*

I hereby certify that the annexed
instrument is a true and correct copy
of the original issued in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____
Date _____ Deputy Clerk

| **Pending Counts** | **Disposition** |
| --- | --- |

18:922(g)(1) FELON IN POSSESSION
OF FIREARM
(1)

The defendant is sentenced to 51
months custody and supervised release
for three (3) years. The defendant shall
pay a special assessment fee of $100.00.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |

None

---

**Plaintiff**

**USA**
                                          represented by **Anne-Christine Massullo**
                                          U.S. Attorney's Office
                                          450 Golden Gate Avenue
                                          P.O. Box 36055
                                          San Francisco, CA 94102
                                          (415)436-7200
                                          Email: Anne-
                                          Christine.Massullo@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/10/2001 | 1 | INDICTMENT by AUSA Anne-Christine Massullo. Counts filed against Juan Walker (1) count(s) 1 (bug, COURT STAFF) (Entered: 04/11/2001) |
| 04/10/2001 | | Bench Warrant issued for Juan Walker by Magistrate Judge James Larson Bail Set: NO BAIL (bug, COURT STAFF) (Entered: 04/11/2001) |
| 06/01/2001 | 2 | MINUTES: filed on 6/1/1 before Magistrate Judge Joseph C. Spero; first appearance of Juan Walker , Attorney present; , dft Juan Walker arraigned; not guilty plea entered; Attorney present; Dft ordered to appear before Judge Hamilton on 6/6/1 at 1:30 for trial setting , remanded to custody of USMS , detention hearing set for 9:30 6/4/01 for Juan Walker ; before Magistrate Judge Joseph C. Spero as to Juan Walker , Trial setting hearing will be held at 1:30 6/6/01 for Juan Walker before |

|            |    |                                                                                                                                                                                                                                                                                                          |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Judge Phyllis J. Hamilton as to Juan Walker ( Tape No.: 01-25) (klh, COURT STAFF) (Entered: 06/01/2001)                                                                                                                                                                                                            |
| 06/01/2001 | 3  | CJA Form 23 (Financial Affidavit) as to Juan Walker (klh, COURT STAFF) (Entered: 06/04/2001)                                                                                                                                                                                                                       |
| 06/04/2001 | 4  | MINUTES: filed on 6/4/1 before Magistrate Judge Joseph C. Spero ; detention hearing held before Magistrate Judge Joseph C. Spero. Dft's next appearance already set for 6/6/1 at 1:30 before Judge Hamilton , remanded to custody of USMS ( Tape No.: 01-25) (klh, COURT STAFF) (Entered: 06/04/2001)               |
| 06/05/2001 | 5  | Arrest Warrant returned executed as to Juan Walker on 6/4/01(klh, COURT STAFF) Modified on 06/05/2001 (Entered: 06/05/2001)                                                                                                                                                                                        |
| 06/08/2001 |    | Certificate of Service Produced (sp, COURT STAFF) (Entered: 06/08/2001)                                                                                                                                                                                                                                            |
| 06/08/2001 | 6  | Detention ORDER by Magistrate Judge Joseph C. Spero detaining as to Juan Walker to the custody of the Atty General for confinement (klh, COURT STAFF) (Entered: 06/13/2001)                                                                                                                                         |
| 06/27/2001 | 7  | MINUTES: filed on 6/27/1 before Judge Phyllis J. Hamilton; status hearing will be held at 1:30 7/11/01 for Juan Walker before Judge Phyllis J. Hamilton (C/R: Diane Skillman) (lsk, COURT STAFF) (Entered: 07/02/2001)                                                                                              |
| 07/11/2001 | 8  | MINUTES: filed on 7/11/1 before Judge Phyllis J. Hamilton; pre-trial conference will be held 2:30 9/12/01 for Juan Walker; Jury trial set for 8:30 7/24/01 for Juan Walker; before Judge Phyllis J. Hamilton (C/R: Joan Columbini) (lsk, COURT STAFF) (Entered: 07/12/2001)                                         |
| 07/12/2001 | 9  | ORDER by Judge Phyllis J. Hamilton pre-trial conference will be held 1:30 9/12/01 for Juan Walker; Jury trial set for 8:30 9/24/01 for Juan Walker before Judge Phyllis J. Hamilton (lsk, COURT STAFF) (Entered: 07/16/2001)                                                                                        |
| 07/13/2001 |    | Certificate of Service Produced (lm, COURT STAFF) (Entered: 07/13/2001)                                                                                                                                                                                                                                            |
| 07/16/2001 | 10 | LETTER dated 7/16/1 from Rebecca Silbert to Judge Walker re trial date of September 24 as to defendant Juan Walker (lsk, COURT STAFF) (Entered: 07/23/2001)                                                                                                                                                         |
| 07/25/2001 | 11 | MINUTES: filed on 7/25/1 before Judge Phyllis J. Hamilton; for status held trial dates previously remain as set. Speedy trial deadline 9/28/1 as to defendant Juan Walker (C/R: Jim Yeomans) (lsk, COURT STAFF) (Entered: 07/27/2001)                                                                               |
| 07/26/2001 | 12 | ORDER by Judge Phyllis J. Hamilton to exclude time July 11, 2001 - July 27, 2001 as to defendant Juan Walker (lsk, COURT STAFF) (Entered: 07/31/2001)                                                                                                                                                              |
| 08/03/2001 | 13 | MINUTES: filed on 8/3/1 before Magistrate Judge Joseph C. Spero; Trial                                                                                                                                                                                                                                             |

| | | |
|---|---|---|
| | | setting hearing will be held at 1:30 9/12/01 for Juan Walker before Magistrate Judge Joseph C. Spero as to defendant Juan Walker. Issued bond (Tape No.: 01-41) (lsk, COURT STAFF) (Entered: 08/08/2001) |
| 08/10/2001 | 14 | $50,000.00 Bond by Juan Walker by Judge Phyllis J. Hamilton (lsk, COURT STAFF) (Entered: 08/15/2001) |
| 08/29/2001 | 15 | MINUTES: filed on 8/29/01 before Judge Phyllis J. Hamilton; pre-trial conference will be held 2:30 9/12/01 for Juan Walker; Jury trial set for 8:30 9/24/01 for Juan Walker; before Judge Phyllis J. Hamilton (C/R: Joan Columbini) (lsk, COURT STAFF) (Entered: 08/31/2001) |
| 08/30/2001 | 16 | ORDER by Magistrate Judge Joseph C. Spero modifying conditions of release on bond as to defendant Juan Walker (lsk, COURT STAFF) (Entered: 09/04/2001) |
| 08/31/2001 | 17 | Proposed additional JURY INSTRUCTIONS submitted by defendant Juan Walker (lsk, COURT STAFF) (Entered: 09/05/2001) |
| 08/31/2001 | 18 | Additional proposed VOIR DIRE submitted by defendant Juan Walker (lsk, COURT STAFF) (Entered: 09/05/2001) |
| 08/31/2001 | 19 | Rule 17.1-1 pretrial conference STATEMENT by defendant Juan Walker (lsk, COURT STAFF) (Entered: 09/05/2001) |
| 08/31/2001 | 20 | Witness list submitted by Plaintiff USA as to defendant Juan Walker (lsk, COURT STAFF) (Entered: 09/05/2001) |
| 08/31/2001 | 21 | Proposed JURY INSTRUCTIONS submitted by Plaintiff USA as to defendant Juan Walker (lsk, COURT STAFF) (Entered: 09/05/2001) |
| 08/31/2001 | 22 | EXHIBIT list by Plaintiff USA as to defendant Juan Walker (lsk, COURT STAFF) (Entered: 09/05/2001) |
| 08/31/2001 | 23 | MOTION before Judge Phyllis J. Hamilton by defendant Juan Walker in limine before trial (lsk, COURT STAFF) (Entered: 09/05/2001) |
| 08/31/2001 | 25 | Additional stipulated JURY INSTRUCTIONS submitted by defendant Juan Walker (lsk, COURT STAFF) (Entered: 09/13/2001) |
| 09/06/2001 | 26 | SEALED document as to defendant Juan Walker (lsk, COURT STAFF) (Entered: 09/16/2001) |
| 09/06/2001 | 27 | SEALED document as to defendant Juan Walker (lsk, COURT STAFF) (Entered: 09/16/2001) |
| 09/12/2001 | 24 | MINUTES: (filed on 9/12/01) Pretrial conference NOT HELD before Judge Phyllis J. Hamilton. Pre-trial conference is set for 1:30 p.m. on 10/10/01 for Juan Walker. Pre-trial motions due by 9/28/01 for Juan Walker. Jury trial is set for 8:30 a.m. on 11/5/01 for Juan Walker, before Judge Phyllis J. Hamilton. ( C/R: Sahar Demos) (rl, COURT STAFF) (Entered: 09/13/2001) |
| 09/12/2001 | 31 | CJA Form 20 Copy 4 (Appointment of Counsel) by Judge Phyllis J. Hamilton for Juan Walker appointing George Beckwith. Attorney |

| | | |
|---|---|---|
| | | appointed on 9/12/1. (lsk, COURT STAFF) (Entered: 10/01/2001) |
| 09/25/2001 | | Certificate of Service Produced (lm, COURT STAFF) (Entered: 09/25/2001) |
| 09/25/2001 | 28 | ORDER by Judge Phyllis J. Hamilton re documents and sealing order as to defendant Juan Walker (lsk, COURT STAFF) (Entered: 09/26/2001) |
| 09/25/2001 | 29 | SEALED document as to defendant Juan Walker (lsk, COURT STAFF) (Entered: 09/28/2001) |
| 09/25/2001 | 30 | SEALED document as to defendant Juan Walker (lsk, COURT STAFF) (Entered: 09/28/2001) |
| 10/04/2001 | 32 | Report re status of motions in limine by USA as to defendant Juan Walker (lsk, COURT STAFF) (Entered: 10/10/2001) |
| 10/10/2001 | 33 | MINUTES: filed on 10/10/1 before Judge Phyllis J. Hamilton; change of plea hearing will be held at 1:30 10/17/01 for Juan Walker; pre-trial conference will be held 1:30 10/24/01 for Juan Walker before Judge Phyllis J. Hamilton (C/R: Debra Pas) (lsk, COURT STAFF) (Entered: 10/11/2001) |
| 10/17/2001 | 34 | MINUTES: filed on 10/17/1 before Judge Phyllis J. Hamilton; Juan Walker enters guilty plea; Juan Walker (1) count(s) 1 , sentencing hearing will be held at 1:30 1/23/02 for Juan Walker before Judge Phyllis J. Hamilton (C/R: Diane Skillman) (lsk, COURT STAFF) (Entered: 10/19/2001) |
| 10/17/2001 | 35 | PLEA Agreement as to Juan Walker (lsk, COURT STAFF) (Entered: 10/19/2001) |
| 12/21/2001 | | Certificate of Service Produced (klh, COURT STAFF) (Entered: 12/21/2001) |
| 12/21/2001 | 36 | ORDER, by Magistrate Judge Joseph C. Spero, issuing warrant for defendant Juan Walker. (rl, COURT STAFF) (Entered: 12/21/2001) |
| 12/21/2001 | | Bench Warrant issued for Juan Walker by Magistrate Judge Joseph C. Spero Bail Set: NO BAIL (rl, COURT STAFF) (Entered: 12/21/2001) |
| 01/08/2002 | 37 | MINUTES: (filed on 1/8/02) Initial appearance on pretrial release violation held, before Mag. Judge Maria-Elena James. Defendant remanded to custody. Sentencing hearing will be held at 1:30 p.m. on 1/23/02 for Juan Walker, before Judge Phyllis J. Hamilton. ( Tape No.: 02-2) (rl, COURT STAFF) (Entered: 01/09/2002) |
| 01/23/2002 | 38 | MINUTES: filed on 1/23/02 before Judge Phyllis J. Hamilton ; sentencing hearing not held and continued to 1:30 1/30/02 as to Juan Walker ( C/R: Jeanne Bishop) (rhw, COURT STAFF) (Entered: 01/25/2002) |
| 01/28/2002 | 39 | SENTENCING memorandum filed by USA as to Juan Walker (rhw, COURT STAFF) (Entered: 01/28/2002) |
| | | |

| 01/28/2002 | 40 | SENTENCING memorandum filed by Juan Walker (rl, COURT STAFF) (Entered: 01/30/2002) |
| 01/30/2002 | 41 | MINUTES: (filed on 1/30/02) Hearing held, before Judge Phyllis J. Hamilton. Bond exoneration and sentencing hearing are continued to 1:30 p.m. on 2/6/02 for Juan Walker, before Judge Phyllis J. Hamilton. ( C/R: Debra Pas) (rl, COURT STAFF) (Entered: 02/04/2002) |
| 02/06/2002 | 42 | MINUTES: (filed on 2/6/02) Sentencing hearing held, before Judge Phyllis J. Hamilton. Sentencing Juan Walker (1) count(s) 1. The defendant is sentenced to 51 months custody and supervised release for three (3) years. The defendant shall pay a special assessment fee of $100.00. Terminating case. ( C/R: Debra Pas) (rl, COURT STAFF) (Entered: 02/07/2002) |
| 02/07/2002 | 43 | JUDGMENT and Commitment issued as to Juan Walker Judge Phyllis J. Hamilton (cc: all counsel) ( Date Entered: February 11, 2002) (rl, COURT STAFF) (Entered: 02/11/2002) |
| 02/12/2002 | 44 | ORDER, by Judge Phyllis J. Hamilton. Bond exonerated, as to defendant Juan Walker. (rl, COURT STAFF) (Entered: 02/14/2002) |
| 03/28/2003 | 45 | NOTICE by defendant Juan Walker of related case(s) CR02-124 MMC (lsk, COURT STAFF) (Entered: 03/28/2003) |
| 03/31/2003 | 46 | ORDER, by Judge Phyllis J. Hamilton, GRANTING related case notice [45-1]. Relating cases; 3:01-cr-148 with member cases 3:02-cr-124. (rl, COURT STAFF) (Entered: 03/31/2003) |
| 05/14/2003 | | Certificate of Service Produced (klh, COURT STAFF) (Entered: 05/14/2003) |
| 12/15/2003 | 47 | Payment Record Card: Payment of special assessment in full in the amount of $100 paid on 10/3/03 on behalf of defendant Juan Walker . (scu, COURT STAFF) (Entered: 12/15/2003) |
| 03/03/2005 | 48 | Bench Warrant returned executed as to Juan Walker on 1/7/02 (vlk, COURT STAFF) (Entered: 03/07/2005) |
| 10/17/2005 | | Certificate of Service Produced (nah, COURT STAFF) (Entered: 10/17/2005) |
| 10/17/2005 | 49 | PROBATION Form 12 re Juan Walker for petition for summons by P.O.: Octavio Magana signed by Judge Phyllis J. Hamilton (vlk, COURT STAFF) (Entered: 10/19/2005) |
| 10/17/2005 | | SUMMONS issued as to Juan Walker ; probation revocation hearing set for 9:30 11/10/05 for Juan Walker before Magistrate Judge Edward M. Chen (vlk, COURT STAFF) (Entered: 10/19/2005) |
| 11/10/2005 | ●50 | Minute Entry for proceedings held before Judge Edward M. Chen : Hearing as to Juan Walker held on 11/10/2005 Final Probation Revocation Hearing set for 12/7/2005 02:30 PM before Hon. Phyllis J. Hamilton. (Tape #9:48-9:51 a 3min.) (lsk, COURT STAFF) (Filed on |

|  |  | 11/10/2005) (Entered: 11/15/2005) |
|---|---|---|
| 11/17/2005 | ❶51 | Summons Returned Executed on 11/8/05. as to Juan Walker (lsk, COURT STAFF) (Filed on 11/17/2005) (Entered: 11/18/2005) |
| 12/07/2005 | ❶52 | Minute Entry for proceedings held before Judge Phyllis J. Hamilton :Supervised release revocation hearing as to Juan Walker held on 12/7/2005 supervised release violation hearing set for 1/4/2006 02:30 PM. (Court Reporter Michael Shintaku.) (vlk, COURT STAFF) (Filed on 12/7/2005) (Entered: 12/12/2005) |
| 12/08/2005 | ❶53 | Probation form 12 by Octavio Magana as to Juan Walker to take notice of amended violations of supervised release . Signed by Judge Phyllis J. Hamilton on 12/8/05. (vlk, COURT STAFF) (Filed on 12/8/2005) (Entered: 12/12/2005) |
| 01/03/2006 | ❶54 | STIPULATION AND ORDER to Continue Revocation Hearing as to Juan Walker ;Probation Revocation Hearing set for 1/18/2006 02:30 PM before Hon. Phyllis J. Hamilton.. Signed by Judge Phyllis J. Hamilton on 1/3/6. (vlk, COURT STAFF) (Filed on 1/3/2006) (Entered: 01/04/2006) |
| 01/13/2006 | ❶55 | CJA 20 as to Juan Walker: Appointment of Attorney George Beckwith for Juan Walker . Signed by Judge Edward M. Chen on 11/23/05. (vlk, COURT STAFF) (Filed on 1/13/2006) (Entered: 01/17/2006) |
| 01/18/2006 | ❶56 | Minute Entry for proceedings held before Judge Phyllis J. Hamilton :Final Hearing re Revocation of Supervised Release as to Juan Walker held on 1/18/2006 (Court Reporter Belle Ball.) (vlk, COURT STAFF) (Filed on 1/18/2006) (Entered: 01/23/2006) |
| 01/20/2006 | ❶57 | AMENDED JUDGMENT in a Criminal Case as to Juan Walker. Signed by Judge Phyllis J. Hamilton on 1/20/06. (vlk, COURT STAFF) (Filed on 1/20/2006) (Entered: 01/23/2006) |
| 07/10/2006 | ❶58 | Probation form 12 by Octavio Magana as to Juan Walker for issuance of summons . Signed by Judge Phyllis J. Hamilton on 7/10/06. (vlk, COURT STAFF) (Filed on 7/10/2006) (Entered: 07/11/2006) |
| 07/10/2006 | ❶ | Summons Issued as to Juan Walker (vlk, COURT STAFF) (Filed on 7/10/2006) (Entered: 07/11/2006) |
| 07/11/2006 | ❶60 | Summons Returned Executed on 7/12/2006 as to Juan Walker (vlk, COURT STAFF) (Filed on 7/11/2006) (Entered: 07/18/2006) |
| 07/13/2006 | ❶59 | Minute Entry for proceedings held before Judge Nandor J. Vadas : Hearing as to Juan Walker not held on 7/13/2006. FPD will contact CJA counsel George Beckwith to appear 7/17/06 before Judge Chen Conference set for 7/17/2006 09:30 AM. (Tape #9:47-9:50am 3m.) (lsk, COURT STAFF) (Filed on 7/13/2006) (Entered: 07/14/2006) |
| 07/17/2006 | ❶61 | Minute Entry for proceedings held before Judge Edward M. Chen :Supervised release hearing as to Juan Walker held on 7/17/2006, I.D. of Counsel Hearing as to Juan Walker held on 7/17/2006, Probation Revocation Hearing set for 8/2/2006 02:30 PM before Hon. Phyllis J. |

| | | |
|---|---|---|
| | | Hamilton. (Tape #11:17-11:19.) (vlk, COURT STAFF) (Filed on 7/17/2006) (Entered: 07/18/2006) |
| 07/26/2006 | ❤62 | Minute Entry for proceedings held before Judge Phyllis J. Hamilton : Probation Revocation Hearing as to Juan Walker held on 7/26/2006. Evidentiary Hearing set for 9/25/2006 09:00 AM. (Court Reporter Leo Mankiewicz.) (vlk, COURT STAFF) (Filed on 7/26/2006) (Entered: 07/27/2006) |
| 09/22/2006 | ❤63 | CLERKS NOTICE: Hearing re: Dismissal set for 9/27/2006 02:30 PM. The evidentiary hearing scheduled for 9/25/2006 is vacated (vlk, COURT STAFF) (Filed on 9/22/2006) (Entered: 09/25/2006) |
| 09/27/2006 | ❤64 | Minute Entry for proceedings held before Judge Phyllis J. Hamilton :Hearing Re: Dismissal as to Juan Walker held on 9/27/2006. The government's oral motion to dismiss the supervised release violation for lack of evidence is GRANTED (Court Reporter Kathy Wyatt.) (vlk, COURT STAFF) (Filed on 9/27/2006) Modified on 1/8/2007 (vlk, COURT STAFF). (Entered: 09/29/2006) |
| 01/05/2007 | ❤65 | ORDER re: Transfer of Jurisdiction to Eastern District of California as to Juan Walker . Signed by Judge Phyllis J. Hamilton on 5/16/06. (vlk, COURT STAFF) (Filed on 1/5/2007) (Entered: 01/08/2007) |