DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEONARDO MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-472 EJG |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| LEONARDO MORALES, ) | Date: January 26, 2007 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Edward J. Garcia |
| _____ ) | |

   It is hereby stipulated and agreed to between the United States of America through Robin Taylor, Assistant United States Attorney, and LEONARDO MORALES, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for January 12, 2007 be vacated and rescheduled for status conference on January 26, 2007, at 10:00 a.m.

   This continuance is being requested because defense counsel needs additional time to review the discovery received to date and for on-going defense investigation and preparation.

   IT IS FURTHER STIPULATED that the period from January 12, 2007,

through and including January 26, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: January 10, 2007

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Matthew C. Bockmon
    _____
    MATTHEW C. BOCKMON
    Assistant Federal Defender
    Attorney for Defendant
    LEONARDO MORALES

Dated: January 10, 2007

    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Matthew C. Bockmon for
    _____
    ROBIN TAYLOR
    Assistant U.S. Attorney
    per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  January 10, 2007
_____

    /s/ EdwardJ. Garcia
    _____
    EDWARD J. GARCIA
    United States District Judge