```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEONARDO MORALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-472 EJG |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| LEONARDO MORALES, ) | Date: March 9, 2007 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Edward J. Garcia |

    It is hereby stipulated and agreed to between the United States of America through Robin Taylor, Assistant United States Attorney, and LEONARDO MORALES, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for February 23, 2007 be vacated and rescheduled for status conference on March 9, 2007, at 10:00 a.m.

    This continuance is being requested due to the unavailability of defense counsel who will then need additional time to review the discovery received to date and for on-going defense investigation and preparation.

1   IT IS FURTHER STIPULATED that the period from February 23, 2007,
2 through and including March 9, 2007, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

Dated: February 22, 2007

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ Matthew C. Bockmon
                                              _____
                                              MATTHEW C. BOCKMON
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              LEONARDO MORALES

Dated: February 22, 2007

                                              MCGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ Matthew C. Bockmon for
                                              _____
                                              ROBIN TAYLOR
                                              Assistant U.S. Attorney
                                              per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  February 22, 2007

                                              /s/ Edward J. Garcia
                                              EDWARD J. GARCIA
                                              United States District Judge