```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEONARDO MORALES
```

FILED

FEB 22 2007

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-472 EJG |
| Plaintiff, ) | |
| v. ) | WAIVER OF DEFENDANT'S PRESENCE |
| LEONARDO MORALES, ) | |
| Defendant. ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, LEONARDO MORALES, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of

1  his attorney, the same as if defendant were personally present; and
2  further agrees to be present in court ready for trial any day and hour
3  the Court may fix in his absence.
4      Defendant further acknowledges that he has been informed of his
5  rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and
6  authorizes his attorney to set times and delays under that Act without
7  defendant being present.
8  DATED: January 18, 2007

11      /s/ Leonardo Morales
12      LEONARDO MORALES

14      I concur in Mr. Morales' decision to waive his presence at future
15  proceedings.
16  Dated:  January 18, 2007    Respectfully submitted,

17      DANIEL J. BRODERICK
    Federal Defender

20      /s/ Matthew C. Bockmon
    MATTHEW C. BOCKMON
    Assistant Federal Defender
21      Attorney for Defendant
    LEONARDO MORALES

24  IT IS SO ORDERED.
25  Dated:  ~~January~~ Feb 22, 2007

27      EDWARD J. GARCIA
    United States District Judge

Waiver    2