1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   LEONARDO MORALES

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
    UNITED STATES OF AMERICA,      )   NO. CR-S-06-472 EJG
12                                 )
                   Plaintiff,      )   STIPULATION AND ORDER CONTINUING
13                                 )   STATUS CONFERENCE
          v.                       )
14                                 )
    LEONARDO MORALES,              )   Date:  May 18, 2007
15                                 )   Time:  10:00 a.m.
                   Defendant.      )   Judge: Edward J. Garcia
16                                 )
    _____ )
17

18

19       It is hereby stipulated and agreed to between the United States of

20   America through Robin Taylor, Assistant United States Attorney, and

21   LEONARDO MORALES, by and through his counsel, Matthew C. Bockmon,

22   Assistant Federal Defender, that the status conference/change of plea

23   hearing presently scheduled for April 27, 2007, be vacated and

24   rescheduled for status conference/change of plea on May 18, 2007, at

25   10:00 a.m.

26       This continuance is being requested due to the unavailability of

27   defense counsel and continuing negotiations between the parties for a

28   resolution of this matter.

1    IT IS FURTHER STIPULATED that the period from April 27, 2007,

2    through and including May 18, 2007, be excluded in computing the time

3    within which trial must commence under the Speedy Trial Act, pursuant

4    to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and

5    preparation of counsel.

6    Dated: April 25, 2007

                                        Respectfully submitted,

7
                                        DANIEL J. BRODERICK
8                                       Federal Defender

9                                       /s/ Matthew C. Bockmon

10                                      _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
11                                      Attorney for Defendant
                                        LEONARDO MORALES
12

13   Dated: April 25, 2007

14
                                        MCGREGOR W. SCOTT
15                                      United States Attorney

16                                      /s/ Matthew C. Bockmon for

17                                      _____
                                        ROBIN TAYLOR
                                        Assistant U.S. Attorney
18                                      per telephonic authority

19

20                               **O R D E R**

21   IT IS SO ORDERED.

22
     Dated:  April 25, 2007
23                              _____    /s/ Edward J. Garcia
                                           _____
                                           EDWARD J. GARCIA
24                                         United States District Judge

25

26

27

28


Stip & Order                     2