DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEONARDO MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-06-472 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| LEONARDO MORALES, | ) | Date: June 22, 2007 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Edward J. Garcia |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Robin Taylor, Assistant United States Attorney, and LEONARDO MORALES, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference/change of plea hearing presently scheduled for May 18, 2007, be vacated and rescheduled for status conference/change of plea on June 22, 2007, at 10:00 a.m.

This continuance is being requested to give defense counsel the opportunity to travel to South Lake Tahoe to meet with his client regarding the terms of the proposed plea agreement and to view the site

1  of the alleged trafficking.

2      IT IS FURTHER STIPULATED that the period from May 18, 2007,
3  through and including June 22, 2007, be excluded in computing the time
4  within which trial must commence under the Speedy Trial Act, pursuant
5  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
6  preparation of counsel.

Dated: May 16, 2007

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Matthew C. Bockmon
                                _____
                                MATTHEW C. BOCKMON
                                Assistant Federal Defender
                                Attorney for Defendant
                                LEONARDO MORALES

Dated: May 16, 2007

                                MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Matthew C. Bockmon for
                                _____
                                ROBIN TAYLOR
                                Assistant U.S. Attorney
                                per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  May 17, 2007

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Judge