**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

**FILED**
JUL 2 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

DATE: July 25, 2007

TO: Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
United States District Judge

FROM: Shelley Mason, Legal Secretary on behalf of
MATTHEW C. BOCKMON, Assistant Federal Defender

SUBJECT: United States v. Leonardo Morales
CR-S-06-472 EJG

Subject to approval of the Honorable Edward J. Garcia, Assistant United States Attorney Robin Taylor, United States Probation Officer Teresa Hoffman, and counsel for defendant Matthew C. Bockmon agree to the following amended Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report. The schedule is being amended because the South Lake Tahoe resident defendant has not been interviewed yet, and because defense counsel is in contact with the case agent regarding other issues relevant to this matter.

| | |
|---|---|
| Proposed Presentence Report Due No Later Than | August 31, 2007 |
| Counsel's Written Objections Due No Later Than | September 14, 2007 |
| Presentence Report Shall be Filed with the Court and Disclosed to Counsel No Later Than | September 21, 2007 |
| Motion for Correction Due No Later Than | September 28, 2007 |
| Judgment and Sentencing | October 5, 2007 10:00 a.m. |

**Amended Schedule Approved:**

_7/25/07_
Dated

_[signature]_
Edward J. Garcia
United States District Judge

/slm
cc: Robin Taylor, Assistant United States Attorney
Teresa Hoffman, United States Probation Officer
Leonardo Morales