**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# M E M O R A N D U M

DATE:      August 7, 2007

TO:        Colleen Lydon, Courtroom Clerk to the
           Honorable Edward J. Garcia
           United States District Judge

FROM:      Shelley Mason, Legal Secretary on behalf of
           MATTHEW C. BOCKMON, Assistant Federal Defender

SUBJECT:   United States v. Leonardo Morales
           CR-S-06-472 EJG

---

Subject to approval of the Honorable Edward J. Garcia, Assistant United States Attorney Robin Taylor, United States Probation Officer Teresa Hoffman, and counsel for defendant Matthew C. Bockmon agree to the following amended Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report. The schedule is being amended because of transportation difficulties of defendant, who resides in South Lake Tahoe, and because defense counsel is in contact with the case agent regarding other issues relevant to this matter.

| | |
|---|---|
| Proposed Presentence Report Due No Later Than | September 28, 2007 |
| Counsel's Written Objections Due No Later Than | October 12, 2007 |
| Presentence Report Shall be Filed with the Court and Disclosed to Counsel No Later Than | October 19, 2007 |
| Motion for Correction Due No Later Than | October 26, 2007 |
| Judgment and Sentencing | November 2, 2007 10:00 a.m. |

**Amended Schedule Approved:**

Dated - August 7, 2007

/s/ Edward J. Garcia
Edward J. Garcia
United States District Judge

/slm
cc:   Robin Taylor, Assistant United States Attorney
      Teresa Hoffman, United States Probation Officer
      Leonardo Morales