**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# M E M O R A N D U M

DATE:      September 20, 2007

TO:        Colleen Lydon, Courtroom Clerk to the
           Honorable Edward J. Garcia
           United States District Judge

FROM:      Shelley Mason, Legal Secretary on behalf of
           MATTHEW C. BOCKMON, Assistant Federal Defender

SUBJECT:   United States v. Leonardo Morales
           CR-S-06-472 EJG

---

Subject to approval of the Honorable Edward J. Garcia, Assistant United States Attorney Robin Taylor, United States Probation Officer Teresa Hoffman, and counsel for defendant Matthew C. Bockmon agree to the following amended Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report. The schedule is being amended because the parties have only recently completed the Proposed Presentence Report interview with the client, and because of other on-going events that might impact sentencing.

| | |
|---|---|
| Proposed Presentence Report Due No Later Than | October 26, 2007 |
| Counsel's Written Objections Due No Later Than | November 9, 2007 |
| Presentence Report Shall be Filed with the Court and Disclosed to Counsel No Later Than | November 16, 2007 |
| Motion for Correction Due No Later Than | November 23, 2007 |
| Judgment and Sentencing | November 30, 2007 10:00 a.m. |

**Amended Schedule Approved:**

September 20, 2007                                     /s/ Edward J. Garcia
Dated                                                  Honorable Edward J. Garcia
                                                       United States District Judge

/slm
cc:   Robin Taylor, Assistant United States Attorney
      Teresa Hoffman, United States Probation Officer
      Leonardo Morales