**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# M E M O R A N D U M

DATE:         November 29, 2007

TO:           Colleen Lydon, Courtroom Clerk to the
              Honorable Edward J. Garcia
              United States District Judge

FROM:         Shelley Mason, Legal Secretary on behalf of
              MATTHEW C. BOCKMON, Assistant Federal Defender

SUBJECT:      United States v. Leonardo Morales
              CR-S-06-472 EJG

---

       Subject to approval of the Honorable Edward J. Garcia, Assistant United States Attorney Robin Taylor, United States Probation Officer Teresa Hoffman, and counsel for defendant Matthew C. Bockmon agree that the judgment and sentencing in the above matter currently scheduled for November 30, 2007, may be continued to **Friday, January 11, 2008, at 10:00 am.**

**Continuance of Judgment and Sentencing Approved:**

Dated: November 29, 2007

/s/ Edward J. Garcia
Edward J. Garcia
United States District Judge

/slm
cc:   Robin Taylor, Assistant United States Attorney
      Teresa Hoffman, United States Probation Officer
      Leonardo Morales