McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-06-472-EJG |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| LEONARDO MORALES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

WHEREAS, on or about August 17, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2320(b)(1), based upon the plea agreement entered into between plaintiff and defendant Leonardo Morales forfeiting to the United States the following property:

    a.    Approximately 86 handbags (Gucci, Chloe, Kate Spade, Burberry, Christian Dior, Dooney & Burke, Prada, Fendi, Channel and Coach);

    b.    Approximately 13 wallets (Gucci, Prada, Christian Dior, Louis Vutton and Coach);

    c.    Approximately 10 belts (Louis Vuitton, Fendi and Gucci);

    d.    Approximately 30 scarfs (Louis Vuitton, Prada, Fendi, Coach, Christian Dior, Chanel, Burberry and Gucci);

    e.    Approximately 5 umbrellas (Fendi, Louis Vuitton, Gucci,

1

          and Burberry);

    f.    Approximately 4 ties (Burberry and Vorsace);

    g.    Approximately 246 sunglasses (Vorsace, Oakley, Coach, Prada, Louis Vuitton, Ray Ban, Gucci, Baby Phat, Chanel, BeBe, Christian Dior, and Armani);

    h.    Approximately 4 pair of shoes (Louis Vuitton);

    I.    Approximately 38 hats (BeBe, Gucci, Baby Phat, Christian Dior, Coach, and Burberry);

    j.    Approximately 45 watches (Breitling, Rolex, Cartier, Geneva, Tag Heuer, Gucci, Movado); and

    k.    Approximately 39 pieces of jewelry (Tiffany, Chanel, and Louis Vuitton).

AND WHEREAS, on January 25, February 1, and 8, 2008, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Mountain Democrat</u> (El Dorado County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2320(b)(1), to be disposed of according to law, including all right, title, and interest of Leonardo Morales.  Pursuant to 18 U.S.C. § 2320(b)(3)(B), any forfeited article or component of an article

1 | bearing or consisting of a counterfeit mark shall be destroyed.
2 |     2.  All right, title, and interest in the above-described
3 | property shall vest solely in the name of the United States of
4 | America.
5 |     3.  The Department of Homeland Security, Customs and Border
6 | Protection shall maintain custody of and control over the subject
7 | property until it is disposed of according to law.
8 |     SO ORDERED THIS <u>9th</u> day of <u> April         </u>, 2008.

        /s/ Edward J. Garcia
        EDWARD J. GARCIA
        United States District Judge